IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADRIAN CONEJO PEREZ                                                              PETITIONER

v.                         Civil No. 05-5201

STATE OF ARKANSAS                                                                RESPONDENT

## **O R D E R**

Petitioner, a prisoner at the Washington County Detention Center awaiting transport to the Arkansas Department of Correction, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears he is unable to pay the costs for commencement of suit, the following order is entered this 12th day of December 2005:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition *nunc pro tunc* as of December 8, 2005.

_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)