IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADRIAN CONEJO PEREZ                                          PETITIONER

v.                           Civil No. 05-5201

STATE OF ARKANSAS                                            RESPONDENT

**O R D E R**

Comes on for consideration petitioner's request for appointment of counsel filed December 14, 2005 (Doc. #4). As the court has yet to determine the necessity of a hearing, the request is premature. Petitioner's request is denied, subject to reconsideration at a later date.

IT IS SO ORDERED this 15th day of December 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE