IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADRIAN CONEJO PEREZ                                           PLAINTIFF

    V.                          NO. 05-5201

STATE OF ARKANSAS                                             DEFENDANT

# O R D E R

Now on this 20th day of January, 2006, comes on for consideration the Magistrate Judge's Report and Recommendation (Document #6 -- the "R&R") filed herein on December 15, 2005, together with a handwritten communication from petitioner, Adrian Cornejo Perez, dated December 15, 2005 (the "Perez Letter"), and the Court, being well and sufficiently advised, finds and orders as follows:

    1. The R&R recites that the parties have ten (10) days from their receipt of the same in which to file any objection they might have concerning it.

    2. It appears that the copy of the R&R mailed to petitioner Perez was initially returned as being undeliverable.

    3. It further appears that petitioner is currently an inmate with the Arkansas Department of Correction, Varner Unit, P.O. Box 600, Grady, AR 71644-0600.

    4. The Perez Letter, which is apparently written in English by someone other than petitioner, indicates that petitioner does not speak or understand English; that his middle name (Cornejo)

is being misspelled in the paperwork involved in his case; and that petitioner requests a letter ". . . in spanish (sic) confirming both the correction on his middle name <u>Cornejo</u>, and verification that the Clerk of the Court, and Magistrate Judge are aware of his <u>spanish only</u> (sic)".

    5.  The Court understands that, on proper request from an inmate, the Arkansas Department of Correction will endeavor to provide translating services for inmates with respect to correspondence and other communications to and from the inmate. Acting on that understanding, the Court will decline the request to translate its own orders and correspondence but will, instead, ask the Arkansas Department of Correction to provide to petitioner Perez translating services with respect to this Order and the R&R in question.

    6.  In light of the foregoing, the Court hereby extends the time petitioner Perez may have to file any objection he might have to the R&R to 5:00 P.M. on Friday, February 3, 2006.

    **IT IS THEREFORE ORDERED** that the Clerk of the Court will correct petitioner's address to Arkansas Department of Correction, Varner Unit, P.O. Box 600, Grady, AR 71644-0600 and the petitioner Perez shall immediately be served with the following, by certified mail from the U.S. Clerk with return receipt requested:

    *  The Report and Recommendation filed December 15, 2005; and

* A copy of this Order.

**IT IS FURTHER ORDERED** that, by copy of this Order (together with a copy of the Report and Recommendation), the Arkansas Department of Correction be, and it hereby is, requested to provide translation services for petitioner Perez with respect to the said Report and Recommendation; this Order; and any objection or response to either that petitioner Perez desires to make on or before February 3, 2006.

<pre>
                /s/ Jimm Larry Hendren
                JIMM LARRY HENDREN
                UNITED STATES DISTRICT JUDGE
</pre>